O

FILED
CLERK, U.S. DISTRICT COURT
APR - 8 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SA15-189M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Mooney, Daniel Jorge | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SPCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd cmty ties unknown due to failure to interview; bail resources unknown; alleged violations evidence a lack of amenability to supervision_

1
2
3      and/or
4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on _the nature of violations, which involve_
8      _abuse of narcotics_
9
10
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __4/8/15__
17                                    ROBERT N. BLOCK
                                      UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28